UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:13-cr-39 |
| v. | ) | |
| | ) | MATTICE / LEE |
| GEORGE ALDER, JR. | ) | |

### **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the seven-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 120]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 120] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)  Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, January 20, 2014 at 9:00 a.m. [EASTERN] before the Honorable Harry S. Mattice, Jr.**

**SO ORDERED.**

**ENTER:**

                                    */s/Harry S. Mattice, Jr.*
                                    HARRY S. MATTICE, JR.
                              UNITED STATES DISTRICT JUDGE

2

Case 1:13-cr-00039-TRM-SKL   Document 135   Filed 11/04/13   Page 2 of 2   PageID #: 306